IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE No. 7:21-CV-68-D

KIMBERLY BURNS-FISHER, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
PENDER COUNTY BOARD OF )
EDUCATION, et al., )
)
        Defendants )

The Court has reviewed the Motion to Stay filed by Defendants Pender County Board of Education and Steve Hill in the above-captioned matter. Based upon the grounds set forth therein and for other good cause shown, the Court GRANTS Defendants' Motion to Stay the proceedings for all parties until after Defendant Anna Maria Romero-Lehrer's Appeal to the Fourth Circuit Court of Appeals is concluded.

SO ORDERED. This 1 day March 2022.

                                                                JAMES C. DEVER
                                                                United State District Judge