IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-68-D

| | |
|---|---|
| KIMBERLY BURNS-FISHER, <br><br> Plaintiff, <br><br> v. <br><br> PENDER COUNTY BOARD OF EDUCATION, STEVEN HILL, SUPERINTENDENT, in his official capacity, and ANNA MARIA ROMERO-LEHRER, in her individual and official capacities, <br><br> Defendants. | ORDER STAYING PROCEEDINGS |

This matter is before the Court on Defendant Anna Maria Romero-Lehrer's motion to stay the proceedings in this Court pending the resolution of her appeal to the Fourth Circuit Court of Appeals. [D.E. # 37]. The Court, having reviewed the motion, concludes it should be allowed. Accordingly, it is ORDERED that this action is stayed, pending resolution of defendant's appeal to the Fourth Circuit Court of Appeals, Docket # 22-1020.

SO ORDERED. This the 1 day of March, 2022.

James C. Dever III
United States District Judge