UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY BURNS-FISHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENDER COUNTY BOARD OF EDUCATION, )<br>STEVEN HILL, and ANNA MARIE ROMERO- )<br>LEHRER, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:21-CV-68-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that in consideration of the opinion and mandate of the Fourth Circuit Court of Appeals, this court hereby GRANTS Defendant Romero-Lehrer's motion to dismiss, and all claims against her are DISMISSED. Further, in light of the Fourth Circuit's holding that Plaintiff failed to describe the violation of any actual constitutional right, the Pender County Board of Education's motion to dismiss is also GRANTED.

**This Judgment Filed and Entered on February 24, 2023, and Copies To:**

| | |
|---|---|
| W. Ellis Boyle | (via CM/ECF electronic notification) |
| Bruce W. Berger | (via CM/ECF electronic notification) |
| Brandon Lee McPherson | (via CM/ECF electronic notification) |
| Norwood P. Blanchard, III | (via CM/ECF electronic notification) |

DATE: February 24, 2023    PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk